

# MANDATE
# The Fourteenth Court of Appeals

NO. 14-14-00238-CV

Modis, Inc., Appellant

v.

Net Matrix Solutions, Inc., Appellee

Appealed from the County Civil Court at Law No. 3 of Harris County. (Trial Court No. 1015435). Memorandum Opinion delivered by Justice William J. Boyce. Chief Justice Frost and Justice McCally also participating.

**TO THE COUNTY CIVIL COURT AT LAW NO. 3 OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on March 3, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment in favor of appellee, Net Matrix Solutions, Inc., signed January 7, 2014, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** a take-nothing judgment in favor of appellant Modis, Inc.

We further order that all costs incurred by reason of this appeal be paid by appellee, Net Matrix Solutions, Inc.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, June 19, 2015.



CHRISTOPHER A. PRINE, Clerk